

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TERRENCE HARPER, | § | No. 08-23-00106-CR |
| Appellant, | § | Appeal from the |
| v. | § | 186th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2018-CR-13416) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and remand the cause for new trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.